IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LISA F. TYLER, individually
and as personal representative of
the estate of Donald P. Tyler,

    Plaintiff,

v.   Case No. 5:22-cv-10-TKW/MJF

FORD MOTOR COMPANY,

    Defendant.
_____/

# JUDGMENT

This action came before the Court with the Honorable T. Kent Wetherell, II presiding. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of the Defendant, FORD MOTOR COMPANY, and against the Plaintiff, LISA F. TYLER.

        JESSICA J. LYUBLANOVITS,
        CLERK OF COURT

April 25, 2022        s/ Jeremy Wright
DATE        Deputy Clerk